Form order − ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.: 20−22858−ABA
        Chapter: 13
        Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Vincent J. Domenico | Kristen D. Domenico |
| 370 Pine Road | 370 Pine Road |
| Hammonton, NJ 08037 | Hammonton, NJ 08037 |

Social Security No.:
  xxx−xx−2628                                     xxx−xx−9969

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on June 24, 2021, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 33 − 29
Order Approving Interim Confirmation Order (related document:29 Modification of Chapter 13 Plan and Motions − Before Confirmation filed by Debtor Vincent J. Domenico, Joint Debtor Kristen D. Domenico). Payments in the amount of $170.00 per month, beginning 7/1/2021. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 6/24/2021. Final Confirmation hearing to be held on 9/22/2021 at 10:00 AM at ABA − Courtroom 4B, Camden. (cmf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: June 24, 2021
JAN: cmf

                                                                                      Jeanne Naughton
                                                                                      Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-22858-ABA |
| Vincent J. Domenico | Chapter 13 |
| Kristen D. Domenico | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 24, 2021 | Form ID: orderntc | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2021:**

**Recip ID     Recipient Name and Address**
lm     + SELECT PORTFOLIO SERVICING, INC., PO Box 65450, Salt Lake City, UT 84165-0450

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2021 at the address(es) listed below:

**Name      Email Address**

Bruno Bellucci, III
    on behalf of Joint Debtor Kristen D. Domenico jkearney@belluccilaw.net
    bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,ddillhoff@belluccilaw.net

Bruno Bellucci, III
    on behalf of Debtor Vincent J. Domenico jkearney@belluccilaw.net
    bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,ddillhoff@belluccilaw.net

Denise E. Carlon
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

District/off: 0312-1      User: admin      Page 2 of 2
Date Rcvd: Jun 24, 2021      Form ID: orderntc      Total Noticed: 1

Jennifer L. Kearney
     on behalf of Joint Debtor Kristen D. Domenico jkearney@belluccilaw.net

Jennifer L. Kearney
     on behalf of Debtor Vincent J. Domenico jkearney@belluccilaw.net

U.S. Trustee
     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8