UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

KML Law Group, P.C.
By: Denise Carlon, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
dcarlon@kmllawgroup.com
215-627-1322
Attorneys for Secured Creditor: Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1

Order Filed on August 27, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kristen D. Domenico &

Vincent J. Domenico

Debtors.

Case No.: 20-22858 ABA

Judge: Andrew B. Altenburg Jr.

Chapter: 13

## ORDER RESPECTING REQUEST FOR EXTENSION OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 27, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on :

Property:    370 Pine Road Hammonton, NJ 08037
Creditor:    Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1

and a Request for

- ☐ Extension of the 90 day Loss Mitigation Period having been filed by N/A                ,
  and for good cause shown

- ■ Early Termination of the Loss Mitigation Period having been filed by Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1
  and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is terminated.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                           Case No. 20-22858-ABA

Vincent J. Domenico                                                                                  Chapter 13

Kristen D. Domenico

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                         User: admin                                          Page 1 of 2

Date Rcvd: Aug 27, 2021                Form ID: pdf903                                  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2021:**

**Recip ID              Recipient Name and Address**
db/jdb                +  Vincent J. Domenico, Kristen D. Domenico, 370 Pine Road, Hammonton, NJ 08037-8975

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2021                         Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2021 at the address(es) listed below:

**Name**                              **Email Address**

Bruno Bellucci, III
    on behalf of Joint Debtor Kristen D. Domenico jkearney@belluccilaw.net
    bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,ddillhoff@belluccilaw.net

Bruno Bellucci, III
    on behalf of Debtor Vincent J. Domenico jkearney@belluccilaw.net
    bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,ddillhoff@belluccilaw.net

Denise E. Carlon
    on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 27, 2021 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jason Brett Schwartz
    on behalf of Creditor Ally Capital jschwartz@mesterschwartz.com

Jennifer L. Kearney
    on behalf of Joint Debtor Kristen D. Domenico jkearney@belluccilaw.net

Jennifer L. Kearney
    on behalf of Debtor Vincent J. Domenico jkearney@belluccilaw.net

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9