UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

In Re:

VINCENT J. DOMENICO and KRISTEN D. DOMENICO
Debtors

Case No.: _20-22858-ABA_

Adv. No.: _____

Chapter: 13

Hearing Date: September 7, 2021_

Judge: _Andrew B. Altenburg Jr.

## ADJOURNMENT REQUEST FOR CHAPTER 13

1. I, _Jason Brett Schwartz. Esquire____,

    ☒ am the attorney for: _Ally Capital.

    ☐ am self-represented

    Phone number: _267-909-9036____

    Email address: _jschwartz@mesterschwartz.com_____

2. I request an adjournment of the following hearing:

    Matter: _Motion for Relief from Automatic Stay__

    Current hearing date and time: __September 7, 2021, 10 a.m.___

    New date requested: _September 21, 2021___

    Reason for adjournment request: _Awaiting response from Movant to settlement offer.

Also, hearing date is a Jewish high holiday._

3. I request an adjournment of confirmation:

   Current confirmation date and time: _____

   New date requested: _____

   Reason for adjournment request: _____

   _____

   Confirmation has been adjourned _____ previous times

   Trustee payments are current through _____

   The meeting of creditors under § 341(a) of the Code  ☐ was conducted  ☐ was not conducted

4. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain

   below): _____

   _____

   _____

I certify under penalty of perjury that the foregoing is true.

Date: ____9/1/21__                    _/s/ Jason Brett Schwartz_____
                                              Signature

**Pursuant to D.N.J. LBR 5071-1(b) an adjournment
request must be made not later than 3 days before the hearing.**

**NOTE: THIS FORM MUST BE SUBMITTED TO THE CHAPTER 13 TRUSTEE, AND IS NOT REQUIRED WHEN SEEKING THE ADJOURNMENT OF A 341(a) MEETING OF CREDITORS.**

**OFFICIAL USE ONLY:**

The request for adjournment is:

☒ Granted             New hearing date: _____9/21/21 at 10_____        ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____        ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*rev.10/1/15*