Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 20−22858−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Vincent J. Domenico | Kristen D. Domenico |
| 370 Pine Road | 370 Pine Road |
| Hammonton, NJ 08037 | Hammonton, NJ 08037 |

Social Security No.:
  xxx−xx−2628                              xxx−xx−9969

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on October 14, 2021.


Dated: October 14, 2021
JAN:

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 20-22858-ABA
Vincent J. Domenico                                                                       Chapter 13
Kristen D. Domenico
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                       User: admin                       Page 1 of 3
Date Rcvd: Oct 14, 2021               Form ID: plncf13               Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent J. Domenico, Kristen D. Domenico, 370 Pine Road, Hammonton, NJ 08037-8975 |
| cr | + | Ally Capital, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Ally Capital Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| 519255354 | + | Ally Capital, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519026436 | + | Altantic Emergency Assoc., 1925 Pacific Ave #8, Atlantic City, NJ 08401-6713 |
| 519026438 | + | Justice, 18900 Michigan Ave, Dearborn, MI 48126-3912 |
| 519103275 | | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519026440 | + | Select Portfolio Servicing, Inc., PO Box 65450, Salt Lake City, UT 84165-0450 |
| 519026441 | + | Sunrise Credit, 260 Airport Plaza Blvd., Farmingdale, NY 11735-4021 |
| 519026442 | + | Walmart, 850 Cherry Ave, San Bruno, CA 94066-3031 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 14 2021 20:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 14 2021 20:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519037794 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 14 2021 20:33:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 519026435 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 14 2021 20:32:00 | Ally, PO Box 78234, Phoenix, AZ 85062-8234 |
| 519071100 | | Email/Text: ally@ebn.phinsolutions.com | Oct 14 2021 20:32:00 | Ally Capital, PO Box 130424, Roseville MN 55113-0004 |
| 519038514 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 14 2021 20:45:46 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519050592 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 14 2021 20:45:41 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519026437 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Oct 14 2021 20:33:00 | GM Financial, PO Box 78143, Phoenix, AZ 85062-8143 |
| 519026439 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 14 2021 20:33:00 | Midland Credit, 350 Camino de la Reina Ste 100, San Diego, CA 92108-3007 |
| 519037759 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 14 2021 20:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519071099 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 14 2021 20:33:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 519057472 | | Email/Text: bnc-quantum@quantum3group.com | | |

Case 20-22858-ABA    Doc 53    Filed 10/16/21    Entered 10/17/21 00:15:47    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 14, 2021 | Form ID: plncf13 | Total Noticed: 24 |

| | | | Oct 14 2021 20:33:00 | Quantum3 Group LLC as agent for, Second Round Sub LLC, PO Box 788, Kirkland, WA 98083-0788 |
|---|---|---|---|---|
| 519028165 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Oct 14 2021 20:45:32 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519026443 | + | Email/Text: legal@wayfair.com | | |
| | | | Oct 14 2021 20:33:00 | Wayfair, 4 Copley Pl Fl 7, Boston, MA 02116-6513 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | SELECT PORTFOLIO SERVICING, INC., PO Box 65450, Salt Lake City, UT 84165-0450 |
| 519049315 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 16, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 14, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Bruno Bellucci, III | on behalf of Joint Debtor Kristen D. Domenico jkearney@belluccilaw.net bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,ddillhoff@belluccilaw.net |
| Bruno Bellucci, III | on behalf of Debtor Vincent J. Domenico jkearney@belluccilaw.net bbellucci@belluccilaw.net,lcanizzaro@belluccilaw.net,kpalermo@belluccilaw.net,ddillhoff@belluccilaw.net |
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Loans Structured Transaction Trust, Series 2019-1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jason Brett Schwartz | on behalf of Creditor Ally Capital jschwartz@mesterschwartz.com |
| Jennifer L. Kearney | on behalf of Joint Debtor Kristen D. Domenico jkearney@belluccilaw.net |
| Jennifer L. Kearney | on behalf of Debtor Vincent J. Domenico jkearney@belluccilaw.net |

District/off: 0312-1      User: admin      Page 3 of 3  
Date Rcvd: Oct 14, 2021      Form ID: plncf13      Total Noticed: 24

U.S. Trustee  
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9